THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | 3:23-CR-083 |
| v. | : | (JUDGE MARIANI) |
| | : | |
| SANTINO BELLUCCI, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, THIS **8th** DAY OF DECEMBER 2023, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** the Motion to Suppress Search of Defendant's Cellular Telephone (Doc. 109) is **DENIED**.

_____
Robert D. Mariani
United States District Judge