THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | :    3:23-CR-083 |
| v. | :    (JUDGE MARIANI) |
| | : |
| SANTINO BELLUCCI, et al., | : |
| | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 20th DAY OF MAY 2024**, upon consideration of Defendant Santino Bellucci's Motion to Suppress Defendant's Statements (Doc. 108) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY OREDERED THAT** Defendant Bellucci's Motion is **DENIED**.

_____
Robert D. Mariani
United States District Judge